JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-10921 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Ke Dinh Tran, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ke Dinh Tran, in the principal amount of $4,955.00 plus interest accrued to December 19, 2012, in the sum of $1,955.73; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$6,997.73**.

DATED: January 30, 2013            By: TERRY NAFISI
                                       Clerk of the Court

                                       /s/ Jenny Lam
                                       Deputy Clerk
                                       United States District Court